UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alexander Pronti, | : |
| | : |
| | : Civil Action No.: 6:11-cv-06511-CJS |
| Plaintiff, | : |
| v. | : |
| | : |
| Creditors Financial Group LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Alexander Pronti ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 30, 2011

                              Respectfully submitted,

                              By: /s/ Sergei Lemberg

                              Sergei Lemberg (SL 6331)
                              LEMBERG & ASSOCIATES L.L.C.
                              300 International Drive, Suite 100
                              Williamsville, NY 14221
                              Telephone: (203) 653-2250
                              Facsimile:  (203) 653-3424
                              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Sergei Lemberg

                                        Sergei Lemberg